UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TODD JENKS,<br><br>    Plaintiff,<br><br>v.<br><br>DLA PIPER (US) LLP,<br><br>    Defendant. | Case No.  13-cv-05381-VC<br><br>**JUDGMENT** |

The Court, having dismissed this case with prejudice, now enters judgment in favor of the defendant and against the plaintiff.  The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: July 10, 2014

_____
VINCE CHHABRIA
United States District Judge