1  ARNOLD & PORTER LLP
    DAVID J. REIS (No. 155782)
2  David.Reis@aporter.com
    CHRISTOPHER T. SCANLAN (No. 211724)
3  Christopher.Scanlan@aporter.com
    Three Embarcadero Center, 10th Floor
4  San Francisco, California  94111-4024
    Telephone:    415.471.3100
5  Facsimile:    415.471.3400

6  Attorneys for Defendants
    DLA PIPER LLP (US); DLA PIPER RUDNICK GRAY
7  CARY US LLP PLAN # 525

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                    SAN FRANCISCO DIVISION
11

12  M. TODD JENKS,                                  No. 3:15-cv-00254-JSC

13                    Plaintiff,                    [Filed in Case 3:13-cv-05381-VC]

14          v.                                      [~~PROPOSED~~] **ORDER GRANTING**
                                                    **DEFENDANTS' ADMINISTRATIVE**
15  DLA PIPER LLP (US); DLA PIPER RUDNICK           **MOTION TO CONSIDER WHETHER**
    GRAY CARY US LLP PLAN # 525,                    **CASES SHOULD BE RELATED**
16                                                  AS MODIFIED
                      Defendants.                   Date:         Administrative Motion
17                                                  Time:         Administrative Motion
                                                    Courtroom: 4 - 17th Floor
18                                                  Judge:        Hon. Vince Chhabria

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING ADMIN. MOTION RELATING CASES  3:15-cv-00254-JSC / 3:13-cv-05381-VC

1  Having considered Defendants' Administrative Motion To Consider Whether Cases Should
2  Be Related, and for good cause shown, IT IS HEREBY ORDERED:
3      1.    Defendants' Motion is GRANTED;
4      2.    The case *M. Todd Jenks v. DLA Piper (US) LLP*, Case No. 3:13-cv-05381-VC (filed
5  November 20, 2013) is related to *M. Todd Jenks v. DLA Piper LLP (US); DLA Piper Rudnick Gray
6  Cary US LLP Plan #525*, Case No. 3:15-cv-00254-JSC (filed January 16, 2015) under Civil Local
7  Rule 3-12(a);
8      3.    Accordingly, the clerk is directed to reassign *M. Todd Jenks v. DLA Piper LLP (US);
9  DLA Piper Rudnick Gray Cary US LLP Plan #525*, Case No. 3:15-cv-00254-JSC to the
10 undersigned.
11 SO ORDERED.
12
13 DATED: __April 9_____, 2015.
14
15 The Motion to Dismiss previously noticed for hearing
16 before Judge Tigar will be heard by Judge Chhabria on
17
18 May 21, 2015, at 10:00 a.m. A Case Management Conference
19 will be held on June 2, 2015, at 10:00 a.m. A joint CMC statement is due no later than May 26, 2015.

*IT IS SO ORDERED AS MODIFIED*
Judge Vince Chhabria